**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAURICE WHITE,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 2:25-cv-06403-MRP** |
| **VEECO PRECISION SURFACING, LLC,** | : | |
| **and SOLOMON PAGE TEMPORARY** | : | |
| **STAFFING AGENCY,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 9th day of July, 2026, upon consideration of Defendant Solomon Page Temporary Staffing Agency's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 18), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED without prejudice.**

BY THE COURT:

_____
Hon. Mia R. Perez